IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA )
)
v. )     No. 3:26-mj-1114
)     Judge Barbara D. Holmes
JUSTIN RUSH )

## UNITED STATES' MOTION FOR DETENTION HEARING
## AND FOR DETENTION OF THE DEFENDANT

COMES NOW the United States of America by Braden H. Boucek, United States Attorney, and Herbert L. Bunton III, Assistant United States Attorney, and moves this Court for a detention hearing and for detention of the Defendant in this matter. Federal law holds that "the judicial officer shall hold a hearing to determine whether any conditions or combination of conditions…will reasonably assure…the safety of any other person and the community – upon motion of the attorney for the Government or upon the judicial officer's own motion in a case, that involves – (A) a serious risk that such person will flee; or (B) a serious risk that such person will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate, a prospective witness or juror." 18 U.S.C. § 3142(f)(2).

The Defendant was indicted in the Middle District of Georgia for Bank Fraud and Conspiracy to Commit Bank Fraud (MDGA Case No. 4:25-cr-00033-CDL-ALS-17). A summons was issued for the Defendant after the indictment. The Defendant has failed to respond to the summons. Additionally, the Defendant has numerous failure to appear charges. Recently the Defendant was convicted in Davidson County (Tennessee) for misdemeanor Evading Arrest and Criminal Impersonation. The Defendant's multiple failure to appear infractions and his evading conviction, suggest he will not abide by the requirement that he appear in court. Additionally, the

Defendant has no significant ties to the area. The Defendant's actions indicate a disregard for the authority of the United States and its laws.

The United States would proffer the Defendant may also represents a danger to the community. The Defendant was recently charged for Endangering a Child by Driving Under the Influence. The Defendant also has other Driving Under the Influence convictions dating back to 2011.

For these reasons (which the United States would expand on at a detention hearing) we ask for the Defendant's detention to transfer to the prosecuting district. Additionally, the United States respectfully requests a continuance of three business days in order to adequately prepare for the hearing in this matter.

Respectfully submitted,

BRADEN H. BOUCEK
United States Attorney

By:

*/s/ Herbert L. Bunton III*
HERBERT L. BUNTON III
Assistant U.S. Attorney
719 Church St., Suite 3300
Nashville, Tennessee 37203

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing will be served electronically to counsel for defendant via CM/ECF on May 12, 2026.

*/s/ Herbert L. Bunton III*
HERBERT L. BUNTON III

2